FILED
CLERK, U.S. DISTRICT COURT
SEP 13 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

S/I

Leo Eric
Phone: +12137129980,
E-mail: delisonlimited@gmail.com,
Address: 30 N Gould St Ste R Sheridan, WY 82801, USA
Plaintiff, In Pro Per

**UNITED STATES DISTRICT COURT- CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

LEO ERIC

Plaintiff

Vs.

NGUYEN TAN

Defendant

**Case No: 2:21-CV-07410-PA-MARx**

**COMPLAINT**

Date:
Time:
Courtroom:

**COMPLAINT**

NOW comes the plaintiff, Leo Eric, pro se and states before this Honorable Court as follows:

**1.** I am a Youtube Channel content creator, running a channel under the stage name AdFrame.

**2.** The Defendant is Nguyễn Tân, a male adult who creates content on Youtube Channel under the display name: Dan Xa Cura. His address is 9 Tran Xuan Hoa, Ward 7,

District 5 TPHCM Ho Chi Minh 700000 Vietnam.

**3.** I am the original and copyright owner to the content herein contested. I have been making Youtube content for years now and have been enjoying the proceeds from my intellectual property work and the copyright.

**4.** The copyright protection for my work deters would-be thieves from copying and profiting from my work without my express authorization.

**5.** On September 1 2021, I noticed the defendant having replicated my work on his Youtube account.

**6.** Immediately thereafter, I contacted the Defendant and notified him of the copyright infringement and demanded that he takes down the content. The Defendant flatly refused.

**7.** On or about September 4, 2021, I notified YouTube of the infringement whereby Youtube went ahead to block the disputed content on the Defendant's channel.

**8.** The infringed copyright content is contained in the listed Youtube URLs:

http://www.youtube.com/watch?v=nz8rDgyGcOc

http://www.youtube.com/watch?v=amJkoibzMP8

http://www.youtube.com/watch?v=rXqfhiXR_20

http://www.youtube.com/watch?v=MBrIlIx3lXs

http://www.youtube.com/watch?v=bOanRjDxbmM

http://www.youtube.com/watch?v=NaSNyrCpW5Q

http://www.youtube.com/watch?v=3Dy9Y4obxRA

http://www.youtube.com/watch?v=rIWGpJW-oKk

http://www.youtube.com/watch?v=dVVvKKHg1YM

http://www.youtube.com/watch?v=gncMUTHsX2E

http://www.youtube.com/watch?v=MLIQy1F73Js

http://www.youtube.com/watch?v=oP7j30lAdeI

http://www.youtube.com/watch?v=_Lt6WH22Ztk

http://www.youtube.com/watch?v=Ws2dTQH6g9E

http://www.youtube.com/watch?v=hWK8Pw6B1Ds

http://www.youtube.com/watch?v=pqSX3h97kFU

http://www.youtube.com/watch?v=eKqGQjv_B5w

http://www.youtube.com/watch?v=OFqQfbzNQ3c

http://www.youtube.com/watch?v=lrF8bp4A404

http://www.youtube.com/watch?v=QW0uV5AhIAA

http://www.youtube.com/watch?v=8OISUYMmn00

http://www.youtube.com/watch?v=ziTlRhPsAL8

http://www.youtube.com/watch?v=nxK6B-dkcfk

http://www.youtube.com/watch?v=eBCBS1Ta6Rg

http://www.youtube.com/watch?v=GGZYeAqgECU

http://www.youtube.com/watch?v=oyJrre2ZEek

http://www.youtube.com/watch?v=g9FK_ZKgXaA

http://www.youtube.com/watch?v=uB8Y_331XQg

http://www.youtube.com/watch?v=Lwu6TWSOjaI

http://www.youtube.com/watch?v=6xuHFeFlB8g

http://www.youtube.com/watch?v=CF33DMwqWy8

http://www.youtube.com/watch?v=bt4I6vlMwPw

http://www.youtube.com/watch?v=3Y6hPffKGUg

http://www.youtube.com/watch?v=O99YivBACLU

http://www.youtube.com/watch?v=VLXqyVPTSZE

http://www.youtube.com/watch?v=13HIN8sZRqo

http://www.youtube.com/watch?v=5qcV0ymvmKU

http://www.youtube.com/watch?v=1FzlFxHjzCI

http://www.youtube.com/watch?v=WSQjiSnY6O4

http://www.youtube.com/watch?v=jKISw3_HxH8

http://www.youtube.com/watch?v=N7RQeSqoEFM

http://www.youtube.com/watch?v=Q6Go0k18Pv8

http://www.youtube.com/watch?v=Fcd24jG2KbY

http://www.youtube.com/watch?v=wvdHNnvNukk

http://www.youtube.com/watch?v=asrkutHEHM0

http://www.youtube.com/watch?v=bqQ0g0qubek

http://www.youtube.com/watch?v=YTRWZxXyf5E

http://www.youtube.com/watch?v=w-XW4PlLoVg

http://www.youtube.com/watch?v=iiW5wzVgFzw

http://www.youtube.com/watch?v=O3Ipahp3q6Y

http://www.youtube.com/watch?v=_dcPgg6sfpE

http://www.youtube.com/watch?v=PpHlbVXnlQ0

http://www.youtube.com/watch?v=PAkzaiXaidg

http://www.youtube.com/watch?v=yl1EsNRnW4A

http://www.youtube.com/watch?v=4FOG_miJ0lY

http://www.youtube.com/watch?v=UOAlD0IUJMw

http://www.youtube.com/watch?v=Yikum87UWw8

http://www.youtube.com/watch?v=7N3D6QjvkT8

http://www.youtube.com/watch?v=9Q0KoMRNzK0

http://www.youtube.com/watch?v=JKrborQk6uM

http://www.youtube.com/watch?v=f3Ru2Lt5gt0

http://www.youtube.com/watch?v=MDmM4RIMku8

http://www.youtube.com/watch?v=UcMb9iL98FY

http://www.youtube.com/watch?v=fKXZvMC4d7U

http://www.youtube.com/watch?v=kSHQPFn3Jbw

http://www.youtube.com/watch?v=J7VGpLcsp14

http://www.youtube.com/watch?v=rMWYSRCVRlw

http://www.youtube.com/watch?v=0BsrkfUgjA4

http://www.youtube.com/watch?v=4WTuGPUugzc

http://www.youtube.com/watch?v=yCd8Er66IUw

http://www.youtube.com/watch?v=ZH-efr2Xjz0

http://www.youtube.com/watch?v=9Fi4rE5Dg-U

http://www.youtube.com/watch?v=2W1eg-QDeK8

http://www.youtube.com/watch?v=M62WzK4abaM

http://www.youtube.com/watch?v=cla482e2v8U

http://www.youtube.com/watch?v=egBArqfs0Ag

http://www.youtube.com/watch?v=PedjJrs8VCQ

http://www.youtube.com/watch?v=d2BS0HtWfDA

http://www.youtube.com/watch?v=xS_2ItzD6ns

http://www.youtube.com/watch?v=FdX6v9dnWdI

http://www.youtube.com/watch?v=msJnFZBoReo

http://www.youtube.com/watch?v=ZmoJFUDbas0

http://www.youtube.com/watch?v=l1SGnGLPRPc

http://www.youtube.com/watch?v=rtGjnr-rv9s

http://www.youtube.com/watch?v=fVwzbWPo8uE

http://www.youtube.com/watch?v=4eveRyHECdY

http://www.youtube.com/watch?v=Gf9TAmxYXS8

http://www.youtube.com/watch?v=42hecwNBngU

http://www.youtube.com/watch?v=meVNmG6Pugg

http://www.youtube.com/watch?v=BAGqCBn_irE

http://www.youtube.com/watch?v=Ja_u_akxv44

http://www.youtube.com/watch?v=MLzIKvP0V34

http://www.youtube.com/watch?v=-7utDvTvKgA

http://www.youtube.com/watch?v=ZEbV4ezWiyQ

http://www.youtube.com/watch?v=djDVzxxAIqU

http://www.youtube.com/watch?v=sySeKeaUdnE

http://www.youtube.com/watch?v=h-qm8CnCKU8

http://www.youtube.com/watch?v=34NXeLuh-zw

http://www.youtube.com/watch?v=bsVHOyZ9SME

http://www.youtube.com/watch?v=TJ_xLarYsYc

http://www.youtube.com/watch?v=_iRtoDAItyA

http://www.youtube.com/watch?v=a37aTZbKvhY

http://www.youtube.com/watch?v=t95VTyMr5AQ

http://www.youtube.com/watch?v=BnwYICTADqc

http://www.youtube.com/watch?v=IxCa9kiolaI

http://www.youtube.com/watch?v=PLoe_yh4KRs

http://www.youtube.com/watch?v=QqflQb6TX8s

http://www.youtube.com/watch?v=H836vQix4MM

http://www.youtube.com/watch?v=sd2vJtSX1sE

http://www.youtube.com/watch?v=9NFEsNeLo28

http://www.youtube.com/watch?v=i2bNPg29QWI

http://www.youtube.com/watch?v=7oB2hdwHX6E

http://www.youtube.com/watch?v=_25zCfWCZ-o

http://www.youtube.com/watch?v=lPUrJZR9uLw

http://www.youtube.com/watch?v=GuMnNh3vouk

http://www.youtube.com/watch?v=UhAEhFh4GMI

http://www.youtube.com/watch?v=JRwpCMPLZp0

http://www.youtube.com/watch?v=0w7-tjZXFAQ

http://www.youtube.com/watch?v=JfJ_ukfqbLY

http://www.youtube.com/watch?v=8IFoCdrCw5o

http://www.youtube.com/watch?v=5JVgMaDVfPY

http://www.youtube.com/watch?v=t35PBecEk-o

http://www.youtube.com/watch?v=kRrecY-yY4o

http://www.youtube.com/watch?v=1FzlFxHjzCI

http://www.youtube.com/watch?v=5qcV0ymvmKU

http://www.youtube.com/watch?v=13HIN8sZRqo

http://www.youtube.com/watch?v=VLXqyVPTSZE

http://www.youtube.com/watch?v=O99YivBACLU

http://www.youtube.com/watch?v=bt4I6vlMwPw

http://www.youtube.com/watch?v=3Y6hPffKGUg

http://www.youtube.com/watch?v=CF33DMwqWy8

http://www.youtube.com/watch?v=Lwu6TWSOjaI

http://www.youtube.com/watch?v=uB8Y_331XQg

http://www.youtube.com/watch?v=6xuHFeFlB8g

http://www.youtube.com/watch?v=g9FK_ZKgXaA

http://www.youtube.com/watch?v=hTJVGNAc2uM

http://www.youtube.com/watch?v=oyJrre2ZEek

http://www.youtube.com/watch?v=WSQjiSnY6O4

http://www.youtube.com/watch?v=NaSNyrCpW5Q

http://www.youtube.com/watch?v=IW-oUUpwdGY

http://www.youtube.com/watch?v=P8in7W6IpCM

http://www.youtube.com/watch?v=ayoZexTfn2U

http://www.youtube.com/watch?v=TI_DrBLfRlk

http://www.youtube.com/watch?v=KQ_9TyNdgsM

http://www.youtube.com/watch?v=xLPiPBhVFXA

http://www.youtube.com/watch?v=ssHn28r8v_4

http://www.youtube.com/watch?v=rmt7-LdCfWU

http://www.youtube.com/watch?v=QZWOnfnIcl8

http://www.youtube.com/watch?v=H3YXcawPsU

http://www.youtube.com/watch?v=ka2yMtVroZ4

http://www.youtube.com/watch?v=ZvoQJv_Rth4

http://www.youtube.com/watch?v=PoVwJNEXZ8A

http://www.youtube.com/watch?v=vIt7FNoY7Zw

http://www.youtube.com/watch?v=upfYMO9NtSo

http://www.youtube.com/watch?v=csCxQn7dZt4

http://www.youtube.com/watch?v=gLZhMjWur6Y

http://www.youtube.com/watch?v=0rPdNVhd1iw

http://www.youtube.com/watch?v=6p3iJ2uuySw

http://www.youtube.com/watch?v=1V5sj7V7sQ4

http://www.youtube.com/watch?v=YAlESMwSPH0

http://www.youtube.com/watch?v=TujrkaDlOi4

http://www.youtube.com/watch?v=YKeHxSKFWwM

http://www.youtube.com/watch?v=Vjc8v9JlDdc

http://www.youtube.com/watch?v=ZW0E5RNuyjM

http://www.youtube.com/watch?v=gtCLskdWtoY

http://www.youtube.com/watch?v=cwZoGb2sUM0

http://www.youtube.com/watch?v=yNPArTGvsvk

http://www.youtube.com/watch?v=Xb4O-IFJCHU

http://www.youtube.com/watch?v=SE5XkaE2V54

http://www.youtube.com/watch?v=-rNg8nYtKrY

http://www.youtube.com/watch?v=5gu2-Kn1g18

http://www.youtube.com/watch?v=3c3KkQUPPqM

http://www.youtube.com/watch?v=j-r7M7zVfl0

http://www.youtube.com/watch?v=2VudRygmwC8

http://www.youtube.com/watch?v=QbLR1vSicvY

http://www.youtube.com/watch?v=kXWT-8ZhySM

http://www.youtube.com/watch?v=6CuNteWq2Nc

http://www.youtube.com/watch?v=U8xHChOjBC8

http://www.youtube.com/watch?v=9xL6gwzPBj0

http://www.youtube.com/watch?v=jtensEq3t5A

http://www.youtube.com/watch?v=ArmodcyJdIo

http://www.youtube.com/watch?v=UvwpVjdikNk

http://www.youtube.com/watch?v=SunG0RfK5cU

http://www.youtube.com/watch?v=XoLlDEJDgYA

http://www.youtube.com/watch?v=hatJ7DX5Xhs

http://www.youtube.com/watch?v=Z3B-WqfDK-0

http://www.youtube.com/watch?v=impHGub0Mgc

http://www.youtube.com/watch?v=FMDIXX3ZKqc

http://www.youtube.com/watch?v=pqSX3h97kFU

http://www.youtube.com/watch?v=OFqQfbzNQ3c

http://www.youtube.com/watch?v=lrF8bp4A404

http://www.youtube.com/watch?v=j73pn5ro844

http://www.youtube.com/watch?v=rXqfhiXR_20

http://www.youtube.com/watch?v=amJkoibzMP8

http://www.youtube.com/watch?v=eewfxHmKLXM

http://www.youtube.com/watch?v=MBrIlIx3lXs

http://www.youtube.com/watch?v=bOanRjDxbmM

http://www.youtube.com/watch?v=l7_iwmZ8U48

http://www.youtube.com/watch?v=pYTzUPDEGTQ

http://www.youtube.com/watch?v=ohlYgM1vpTU

http://www.youtube.com/watch?v=NaSNyrCpW5Q

http://www.youtube.com/watch?v=oyJrre2ZEek

http://www.youtube.com/watch?v=WSQjiSnY6O4

http://www.youtube.com/watch?v=g9FK_ZKgXaA

http://www.youtube.com/watch?v=6xuHFeFlB8g

http://www.youtube.com/watch?v=uB8Y_331XQg

http://www.youtube.com/watch?v=Lwu6TWSOjaI

http://www.youtube.com/watch?v=CF33DMwqWy8

http://www.youtube.com/watch?v=3Y6hPffKGUg

http://www.youtube.com/watch?v=O99YivBACLU

http://www.youtube.com/watch?v=bt4I6vlMwPw

http://www.youtube.com/watch?v=13HIN8sZRqo

http://www.youtube.com/watch?v=VLXqyVPTSZE

http://www.youtube.com/watch?v=5qcV0ymvmKU

http://www.youtube.com/watch?v=1FzlFxHjzCI

http://www.youtube.com/watch?v=XZlvB2Y2yy8

http://www.youtube.com/watch?v=lWxBTDrFQsU

http://www.youtube.com/watch?v=dnhU_1_tmYE

http://www.youtube.com/watch?v=JJSpTauPhog

http://www.youtube.com/watch?v=CGMh9sGQRz8

http://www.youtube.com/watch?v=ZG9o6Tmxw18

http://www.youtube.com/watch?v=QkHjvwVEe9w

http://www.youtube.com/watch?v=R2HnTFyx9qc

http://www.youtube.com/watch?v=9rNqBI5QRAw

http://www.youtube.com/watch?v=YRhAFkRTLUE

http://www.youtube.com/watch?v=68y_dw6weQw

http://www.youtube.com/watch?v=PPhK1vYAjd4

http://www.youtube.com/watch?v=KNvMB6Rj9Ek

http://www.youtube.com/watch?v=A66rGTWNWlE

http://www.youtube.com/watch?v=D2p-pW_VBQk

http://www.youtube.com/watch?v=O2qwPHI68UI

http://www.youtube.com/watch?v=KytUsE3QVa8

http://www.youtube.com/watch?v=IbOQCOKmgT0

http://www.youtube.com/watch?v=97xn2hWcNuE

http://www.youtube.com/watch?v=Fr55QAaYKpA

http://www.youtube.com/watch?v=QGr7jXhUKoM

http://www.youtube.com/watch?v=bprQq9vegd8

http://www.youtube.com/watch?v=Gye_2M9hXG0

http://www.youtube.com/watch?v=F5MBlpK8fc0

http://www.youtube.com/watch?v=AlCPwAqMlEE

http://www.youtube.com/watch?v=O504KqmT9gM

http://www.youtube.com/watch?v=U6oAqvEB5vw

http://www.youtube.com/watch?v=qsakFk8RsGI

http://www.youtube.com/watch?v=TCRl3owqYtA

http://www.youtube.com/watch?v=b7nmN7Xov4U

http://www.youtube.com/watch?v=7vmcH25sg54

**Jurisdiction and Venue.**

**9.** This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, et seq.

**10.** The Court has original subject matter jurisdiction over copyright claims pursuant to 28 U.S.C. § 1331 and 1338(a). This Court also has supplemental jurisdiction over Plaintiff's claims arising under state law under 28 U.S.C. § 1367, as those claims form part of the same case or controversy.

**11.** The venue of case is proper being the jurisdiction of the subject matter Youtube, which

has custody and publishing rights of the aforementioned URLs.

**Prayer and Relief.**

The Plaintiff prays for judgment in his favor against the Defendant as follows;

**a.** That all the Defendant's videos and material containing the Plaintiff's copyrighted content be deleted and/or permanently blocked from YouTube and any other platforms, pursuant to 17 U.S.C. §. 503(b);

**b.** That the Defendant be required to provide a full accounting to the Plaintiff for all profits derived from the use, reuse, publication, posting and sharing of the Plaintiff's content;

**c.** That the Defendant be ordered to pay the Plaintiff all damages, including future damages, that the Plaintiff has sustained or will sustain as a result of the acts complained of herein, and that the Plaintiff be awarded any profits derived by Defendant as a result of said acts, or as determined by said accounting;

**d.** That the Defendant be ordered to pay to Mr. Leo Eric punitive damages as a result of the Defendant's deliberate and willful copyright infringement;

**e.** That the Defendant be ordered to pay to the Plaintiff pre-judgment and post judgment interest on all litigation costs;

**f.** Costs for this suit; and

**g.** Such other or further relief as this Honorable Court may deem proper.

DATED THIS: ……**13TH** ………DAY OF…………**SEPTEMBER**…………………..**2021**.

Respectfully submitted:

**By Leo Eric** …………….……………..
Plaintiff in Pro Per.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this complaint and accompanying documents were sent to Nguyen Tan on his email address on the Nguyentan@banquyenso.net ……. day of September 2021.

DATED THIS………………DAY OF…………………SEPTEMBER…………………..2021.

______________________________
LEO ERIC
Phone: +12137129980,
E-mail: delisonlimited@gmail.com,
Address: 30 N Gould St Ste R Sheridan, WY 82801, USA

**SERVED UPON:**
NGUYEN TAN
9 TRAN XUAN HOA, WARD 7, DISTRICT 5
TPHCM HO CHI MINH
700000 VIETNAM