JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO ERIC, | CV 21-7410 PA (MARx) |
|     Plaintiff, | JUDGMENT |
|   v. | |
| NGUYEN TRAN, | |
|     Defendant. | |

Pursuant to the Court's December 3, 2021 Minute Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 3, 2021

                                                Percy Anderson
                                   UNITED STATES DISTRICT JUDGE